IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-07-282-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| EFRAIN DIAZ-VILLAREAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a motion to quash, filed by the Idaho Department of
Corrections (IDOC), seeking to compel attendance of the IDOC Records Custodian
in Court to produce certain presentence reports.  As the Court has now been
provided with the presentence reports, the Court will grant the motion to quash.

The defendant has no right to examine these third party presentence reports.
*See U.S. v. Alvarez*, 358 F.3d 1194 (9th Cir. 2004).  However, the Court has a duty,
if requested by defendant, to examine the presentence reports for *Brady* material
concerning any significant witnesses that testifies on behalf of the Government.  *Id.*
The defendant has so requested here.  Accordingly, the Court directed counsel to
provide the Court with all the presentence reports, and counsel complied with that
direction.  The Court will conduct the *in camera* review required by *Alvarez*.

**Order - 1**

Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to quash (Docket No. 248) is GRANTED.

IT IS FURTHER ORDERED, that counsel provide to the Court the presentence reports requested by defendant for *in camera* review by the Court. Counsel have now complied with this direction.



DATED:  **December 9, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Order - 2**